### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID BOGUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:12-cv-24 |
| vs. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, DAVID BOGUS, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ Celia Banks Washington
Celia Banks Washington (P54338)
Attorney for Plaintiff
Luxenburg & Levin, LLC
P.O. Box 252681
West Bloomfield, MI 48322
(888) 493-0770, ext. 309 (phone)
(866) 551-7791 (facsimile)
Celia@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2012, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                            /s/ Celia Banks Washington  
                                            Celia Banks Washington (P54338)  
                                            Attorney for Plaintiff  
                                            Luxenburg & Levin, LLC  
                                            P.O. Box 252681  
                                            West Bloomfield, MI 48322  
                                            (888) 493-0770, ext. 309 (phone)  
                                            (866) 551-7791 (facsimile)  
                                            Celia@LuxenburgLevin.com